IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-mj-70848 HRL |
| | ) | |
| Plaintiff, | ) | [XXXXXXXXX] ORDER CONTINUING |
| | ) | PRELIMINARY HEARING RE |
| vs. | ) | REVOCATION OF SUPERVISED |
| | ) | RELEASE |
| TRUNEL BUTLER, | ) | |
| | ) | |
| Defendant. | ) | **Hon. Patricia V. Trumbull** |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the preliminary hearing currently scheduled for Thursday, October 15, 2009, at 9:30 a.m., shall be continued to Thursday, October 29, 2009, at 2:00 p.m.

Dated: October __15__, 2009

_Patricia V. Trumbull_

_____
HON. PATRICIA V. TRUMBULL
United States Magistrate Judge